UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, et al.,

Plaintiffs,

v.

FORTRESS INVESTMENT GROUP, et al.,

Defendants.

Case No.: 8:09-cv-01530-JSM-MAP

**DEFENDANT FORTRESS INVESTMENT GROUP'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Fortress Investment Group, through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), moves this Court for a brief extension of time to respond to Plaintiffs' Complaint. Fortress Investment Group's response is currently due on or before December 30, 2009. Given its proximity to the holidays, Fortress Investment Group respectfully requests an extension of that deadline through and including January 8, 2010.

**Rule 3.01(g) Compliance**

The undersigned has conferred with Plaintiffs' counsel regarding this motion. Plaintiffs do not oppose the requested extension.

WHEREFORE, Defendant Fortress Investment Group respectfully requests that this Court enter an order extending Fortress Investment Group's deadline for responding to Plaintiffs' Complaint through and including January 8, 2010.

Respectfully submitted,

/s/ Dennis P. Waggoner
Dennis P. Waggoner – Trial Counsel
Florida Bar No. 509426
dwaggoner@hwhlaw.com
David L. Luikart III
Florida Bar No. 21079
dluikart@hwhlaw.com
HILL WARD HENDERSON
101 E. Kennedy Boulevard, Suite 3700
P.O. Box 2231
Tampa, FL 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900

*Attorneys for Fortress Investment Group*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Charles W. Cherry II, Esq. | Percy Squire, Esq. |
| 5200 SW 18 Street | 514 S. High Street, |
| Plantation, Florida 33317 | Columbus, Ohio 43215 |

/s/ Dennis P. Waggoner