UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, DR. GLENN W. CHERRY, and CHARLES CHERRY, II, ESQ.,

     Plaintiffs,

vs.

FORTRESS INVESTMENT GROUP, FORTRESS VALUE RECOVERY FUNDS II, RL TRANSITION CORPORATION, ROCKLYNN RADIO, LLC, D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P., and D.B. ZWIRN,

     Defendants.

Case No.: 8:09-cv-01530-JSM-MAP

Judge Moody

## DECLARATION OF ELISE HUBSHER

Elise Hubsher declares as follows:

1. My name is Elise Hubsher. I am a Managing Director at Fortress Investment Group and submit this Declaration in support of the motion to dismiss of Defendants RL Transition Corp.; Rocklynn Radio, LLC; and Fortress Value Recovery Fund I LLC (f/k/a D.B. Zwirn Special Opportunities Fund, L.P.) (the "VRF Fund"). I am over the age of 18 and am competent to make this Declaration, which is based on my own personal knowledge.

2. The VRF Fund is a Delaware limited liability company.

3. Two of the VRF Fund's members are Florida domiciled trusts.

4. At least one beneficiary of each of these trusts is an individual who is a Florida citizen.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of December, 2009.

By: _____
        Elise Hubsher