# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GROUP ASSETS, LLC, DR. GLENN
W. CHERRY, and CHARLES CHERRY,
II, ESQ.,

    Plaintiffs,

vs.                                       Case No.: 8:09-cv-01530-T-30MAP

FORTRESS INVESTMENT GROUP,
FORTRESS VALUE RECOVERY
FUNDS I, RL TRANSITION
CORPORATION, ROCKLYNN RADIO,
LLC, D.B. ZWIRN SPECIAL
OPPORTUNITIES FUND, L.P., and
D.B. ZWIRN,

    Defendants.

_____/

## DAVID HYWEL LEONARD'S NOTICE OF APPEARANCE ON BEHALF OF RL TRANSITION CORPORATION; ROCKLYNN RADIO, LLC; AND FORTRESS VALUE RECOVERY FUND I LLC

Please take notice that David Hywel Leonard of Carlton Fields, P.A., enters his appearance as trial counsel for Defendants RL Transition Corp.; Rocklynn Radio, LLC; and Fortress Value Recovery Fund I LLC (f/k/a D.B. Zwirn Special Opportunities Fund, L.P.).

Undersigned counsel respectfully requests that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be

served upon **David Hywel Leonard**, **hleonard@carltonfields.com, Carlton Fields, P.A., Post Office Box 3239, Tampa, Florida 33601.**

Respectfully submitted,

/s/ David Hywel Leonard
David Hywel Leonard
Trial Counsel
Florida Bar No. 0296376
Fentrice D. Driskell
Florida Bar No. 0833851
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
hleonard@carltonfields.com
fdriskell@carltonfields.com
Attorneys for Defendants RL Transition
    Corp.; Rocklynn Radio, LLC; and
    Fortress Value Recovery Fund I LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2009, a true and correct copy of David Hywel Leonard's Notice of Appearance on Behalf of RL Transition Corporation; Rocklynn Radio, LLC; and Fortress Value Recovery Fund I LLC was filed with the Clerk of this Court using the CM/ECF system, which will serve a notice of filing upon the filing users.

/s/ David Hywel Leonard
Attorney