UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GROUP ASSETS, LLC, et al.,**

    **Plaintiffs,**

**v.**                           Case No.  8:09-cv-1530-T-30MAP

**FORTRESS INVESTMENT GROUP, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*.  Upon review and consideration of the file and Defendants' Notice of Pendency of Related Actions (Dkt. #17), it is

ORDERED AND ADJUDGED that:

1. This case is transferred to the Honorable Virginia Covington, with her consent, for all further proceedings.

2. The Clerk shall assign Magistrate Elizabeth Jenkins to this case pursuant to Local Rule 1.03(d) and Local Rule 1.04(b).

**DONE** and **ORDERED** in Tampa, Florida on January 4, 2010.

                                               JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

S:\Even\2009\09-cv-1530.transfer.wpd