UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, ET AL.,

      Plaintiffs,

v.                        Case No. 8:09-cv-1530-T-33EAJ

FORTRESS INVESTMENT GROUP, ET
AL.,

      Defendants.
_____/

## ORDER

This matter comes before the Court pursuant to Defendants RL Transition Corporation; Rocklynn Radio, LLC; and Fortress Value Recovery Fund I LLC's Motion to Dismiss Plaintiffs' Complaint (Doc. # 19), which was filed on December 24, 2009.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of certain motions. For purposes of judicial economy and in order to expedite the disposition of the aforementioned motion, the Court shall so refer the aforementioned motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants RL Transition Corporation; Rocklynn Radio, LLC; and Fortress Value Recovery Fund I LLC's Motion to

Dismiss Plaintiffs' Complaint (Doc. # 19) is hereby referred to the Honorable Elizabeth A. Jenkins, United States Magistrate Judge, for the issuance of a report and recommendation, including any hearings, motions, and deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>6th</u> day of January, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel and Parties of Record