# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| GROUP ASSETS, LLC, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 8:09-CV-1530 |
| | : | |
| vs. | : | Judge Covington |
| | : | |
| FORTRESS INVESTMENT GROUP, et al. | : | Magistrate Judge Jenkins |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS RL TRANSITION CORPORATION, ROCKLYNN RADIO, LLC AND FORTRESS VALUE RECOVERY FUND I LLC'S MOTION TO DISMISS

Plaintiffs Group Assets, LLC, Dr. Glenn W. Cherry and Charles W. Cherry II, Esq. hereby oppose the above named Defendants' Motion to Dismiss, Docket No. 19. A memorandum in support of this motion is attached.

                                                                    _s/Percy Squire, Esq._
                                                                    PERCY SQUIRE (0022010)
                                                                     PERCY SQUIRE CO., LLC
                                                                     514 S. High Street
                                                                     Columbus, Ohio 43215
                                                                     Telephone: (614) 224-6525
                                                                     Facsimile: (614) 224-6529
                                                                     psquire@sp-lawfirm.com
                                                                     Counsel for Plaintiffs

# MEMORANDUM

This is an action for fraudulent conveyance by Defendant D.B. Zwirn Special Opportunities Fund, L.P., (DBZ) of control over the disposition of its assets to Fortress Investment Group ("Fortress"). Defendants RL Transition Corporation, Rocklynn Radio, LLC and Fortress Value Recovery Fund, I, LLC (VRF Fund) have filed a Motion to Dismiss alleging that subject matter jurisdiction over this dispute is lacking by reason of VRF Funds' citizenship and the lack of an actual transfer of DBZ assets to Fortress.

By reason of the filing of an Amended Complaint by Plaintiffs that supersedes the original Complaint and cures the alleged defects in the original complaint, the Motion to Dismiss should be overruled as moot. See, Friedlander v. Nims, 755 F.2d 810 (11th Cir. 1985), Yates v. Applied Performance Tech., Inc., 205 F.R.D. 497 (S.D. Ohio 2002); and Youn v. Track, Inc., 324 F. 3d 409 (6th Cir. 2003). A copy of the Amended Complaint is attached at Exhibit 1.

By reason of the filing of an Amended Complaint that cures the alleged defects raised in Defendants' motion to dismiss, the Motion to Dismiss should be denied as moot.

                                                                  _s/Percy Squire, Esq._
                                                                  PERCY SQUIRE (0022010)
                                                                  PERCY SQUIRE CO., LLC
                                                                  514 S. High Street
                                                                  Columbus, Ohio 43215
                                                                  Telephone: (614) 224-6525
                                                                  Facsimile: (614) 224-6529
                                                                  psquire@sp-lawfirm.com
                                                                  Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the parties on the attached service list as indicated by electronic mail via the Court's Electronic Document Filing System, U.S. Postal Service or facsimile, January 6, 2010:

FORTRESS INVESTMENT GROUP
1345 Avenue of the Americas, 46th FL
New York, NY 10151

RL TRANSITION CORPORATION
745 Fifth Avenue, 18th Floor
New York, NY 10151

ROCKLYNN RADIO, LLC
GROWTH PARTNERS, L.P.
745 Fifth Avenue, 18th Floor
New York, NY 10151

D.B. ZWIRN SPECIAL
OPPORTUNITIES FUND, L.P.
745 Fifth Avenue, 18th Floor
New York, NY 10151

D.B. ZWIRN
745 Fifth Avenue, 18th Floor
New York, NY 10151

                                            _s/Charles W. Cherry II_____
                                            Charles W. Cherry, II, Esq. (382221)