UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHYZ RADIO, L.P., DR. GLENN W.
CHERRY, CHARLES W. CHERRY, II,
ESQ., and GROUP ASSETS, LLC,

    Plaintiffs,

vs.                                               Case No. 8:09-cv-0033-VMC-EAJ

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.; BLACK ENTERPRISE/GREENWICH
STREET CORPORATE GROWTH INVESTORS, LLC;
BLACK ENTERPRISE/GREENWICH STREET
CORPORATE GROWTH MANAGEMENT, LLC;
BLACK ENTERPRISE/GREENWICH STREET
CORPORATE GROWTH PARTNERS, L.P.;
STRAIGHT WAY RADIO, LLC; BERNARD RADIO, LLC;
CHRIS MCMURRAY; JEFFREY SCOTT; and
ED A. WILLIAMS,

    Defendants.
_____/

## NOTICE OF PENDENCY OF RELATED ACTIONS

Defendants, Black Enterprise/Greenwich Street Corporate Growth Investors, LLC, Black Enterprise/Greenwich Street Corporate Growth Management, LLC, Black Enterprise/Greenwich Street Corporate Growth Partners, L.P., Jeffrey Scott, and Ed A. Williams, give notice under Middle District of Florida Local Rule 1.04(d) that the above-captioned action is related to the following pending or closed civil or criminal case(s) previously filed in this Court, in any other federal or state court, or in any administrative agency:

1.  *Tama Broadcasting, Inc., Tama Group, L.C., Tama Radio Licenses of Jacksonville, Florida, Inc., Tama Radio Licenses of Tampa, Florida, Inc., Tama Broadcasting Group of Florida, L.C., Tampa Broadcasting, Ltd., Tama Radio Licenses of Savannah, Georgia, Inc., and Cherry Group, L.L.C.*

    *v.*

    *D.B. Zwirn Special Opportunities Fund, L.P.*

    Case No. 3:08-cv-222-J-33TEM, United States District Court for the Middle District of Florida, Jacksonville Division.

2.  *D.B. Zwirn Special Opportunities Fund, L.P.*

    *v.*

    *Tama Broadcasting, Inc., Tama Radio Licenses of Savannah, Georgia, Inc., Tama Radio Licenses of Tampa, Florida, Inc., and Tama Radio Licenses of Jacksonville, Florida, Inc.*

    Case No. 600692/2008, Supreme Court of the State of New York, County of New York.

3.  *In the Matter of Tama Broadcasting, Inc., Tama Radio Licenses of Tampa, Florida, Inc., Tama Radio Licenses of Jacksonville, FL, Inc., Tama Radio Licenses of Savannah, GA, Inc., and D.B. Zwirn & Co., L.P., parent of D.B. Zwirn Special Opportunities Fund, L.P., Bernard Radio LLC, and Straight Way Radio LLC*

    File No. EB-08-IH-0692, Federal Communications Commission, Washington, D.C.

4.  *Tama Broadcasting, Inc.*

    *v.*

    *Glenn W. Cherry, Charles W. Cherry, and Group Assets, LLC*

    *v.*

    *Daniel B. Zwirn, Peter Lieberman, Black Enterprise/Greenwich Street Corporate Growth Investors, LLC, Black Enterprise/Greenwich Street Corporate Growth Partners, L.P., Straight Way Radio, LLC, Bernard Radio, LLC, Chris McMurray, Jeffrey Scott, and Ed A. Williams*

    Case No. 08-CA-011492, Circuit Court in and for Hillsborough County, Florida, Thirteenth Judicial Circuit.

5. *D.B. Zwirn Special Opportunities Fund, L.P.*

   *v.*

   *WHYZ Radio, L.P.*,

   Case No. 08-CA-023020, Circuit Court in and for Hillsborough County, Florida, Thirteenth Judicial Circuit.

|  |  |
|---|---|
|  | BUSH ROSS, P.A.<br>P.O. Box 3913<br>Tampa, FL 33601-3913<br>(813) 224-9255, (813) 223-9620 – FAX |
| Dated: March 17, 2009 | By: /s/ Bryan D. Hull<br>J. Carter Andersen<br>Florida Bar No. 0143626<br>candersen@bushross.com<br>Bryan D. Hull<br>Florida Bar No. 0020969<br>bhull@bushross.com<br>Attorneys for Black Enterprise/Greenwich Street Corporate Growth Investors, LLC; Black Enterprise/Greenwich Street Corporate Growth Management, LLC; Black Enterprises/Greenwich Street Corporate Growth Partners, L.P.; Jeffrey Scott; and Ed A. Williams |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2009, I electronically filed a true and correct copy of the foregoing with the Clerk of the United States District Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy same to the following parties in the manner of service indicated below:

<u>Via the CM/ECF system which will send a Notice of Electronic Filing to:</u>

Charles W. Cherry, II
Fentrice Driskell
Percy Squire

/s/ Bryan D. Hull
Attorney

4

615572.01