UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, ET AL.,

    Plaintiffs,
v.                      Case No. 8:09-cv-1530-T-33EAJ

FORTRESS INVESTMENT GROUP, ET
AL.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court sua sponte. Plaintiffs initiated this case against Defendants on August 10, 2009. (Doc. # 1). On December 24, 2009, Defendants filed a motion to dismiss the complaint. (Doc. # 19). On January 4, 2010, the Honorable James S. Moody, United States District Judge, transferred this case to the Undersigned. (Doc. # 23). On January 6, 2010, this Court referred the motion to dismiss to the Honorable Elizabeth A. Jenkins, United States Magistrate Judge, for the issuance of a report and recommendation. (Doc. # 24). Later that day, Plaintiffs filed a response in opposition to the motion to dismiss and included therein an amended complaint. (Doc. # 25). Upon due consideration, the Court determines that the amended complaint moots the motion to dismiss.

Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure has been amended and now reads:

> A party may amend its pleading once as a matter of course within (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or **21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier**.

(Emphasis added).

Rule 15 of the Federal Rules of Civil Procedure and Foman v. Davis, 371 U.S. 178, 182 (1962) mandate that leave to amend be freely given.  In this case, the Court determines that amendment is appropriate and that the motion to dismiss has been rendered moot by the filing of an amended complaint by Plaintiffs.  Accordingly, it is no longer necessary for Judge Jenkins to issue a report and recommendation on the motion to dismiss.

The Court directs Plaintiffs to re-file the amended complaint as an independent document within five days of the date of this Order.  The Court has not reached the merits of the motion to dismiss, and Defendants may re-raise any pertinent arguments asserted therein after Plaintiffs re-file the amended complaint.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendants' Motion to Dismiss (Doc. # 19) is **DENIED WITHOUT PREJUDICE AS MOOT**.

(2) Plaintiffs are directed to re-file the amended complaint (Doc. # 25-2) as an independent document within five days of the date of this Order.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of January 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record