UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, ET AL.,

    Plaintiffs,
v.                            Case No. 8:09-cv-1530-T-33EAJ

FORTRESS INVESTMENT GROUP, ET AL.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Fortress Investment Group, LLC's Motion to Dismiss and to Strike (Doc. # 29) and Defendants RL Transition Corporation; Rocklynn Radio, LLC; and D.B. Zwirn Special opportunities Fund, L.P.'s Motion to Strike, or in the Alternative, Motion to Dismiss Plaintiffs' Amended Complaint (Doc. # 30), both filed on February 3, 2010.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of certain motions. For purposes of judicial economy and in order to expedite the disposition of the aforementioned motions, the Court shall so refer the aforementioned motions.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Fortress Investment Group, LLC's Motion to Dismiss and to Strike (Doc. # 29) and Defendants RL Transition Corporation; Rocklynn Radio, LLC; and D.B. Zwirn Special opportunities Fund, L.P.'s Motion to Strike, or in the Alternative, Motion to Dismiss Plaintiffs' Amended Complaint (Doc. # 30) are hereby referred to the Honorable Elizabeth A. Jenkins, United States Magistrate Judge, for the issuance of a report and recommendation, including any hearings, motions, and deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 5th day of February, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel and Parties of Record