# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| GROUP ASSETS, LLC, et al., | : | |
| | : | |
| Plaintiffs, | : | Judge Virginia M. Hernandez-Covington |
| | : | Magistrate Judge Elizabeth A. Jenkins |
| | : | |
| v. | : | Case No. 8:09-cv-01530-VMC-EAJ |
| | : | |
| FORTRESS INVESTMENT | : | |
| GROUP LLC, et al., | : | |
| Defendant. | : | |

**NOTICE OF SELECTION OF**
**MEDIATOR AND SCHEDULING OF MEDIATION**

Plaintiffs Group Assets, LLC, et al., by and through their counsel, Percy Squire, and hereby gives Notice of the Selection of Mediator and Scheduling of Mediation as follows:

**NOTICE OF SELECTION OF MEDIATOR:**

MEDIATOR NAME:         Peter J. Grilli

MEDIATOR ADDRESS:   3001 W. Azeele St.
                                          Tampa, FL  33609

MEDIATOR PHONE:        1-813-874-1002

MEDIATOR FAX:              1-813-874-1131

MEDIATOR E-MAIL:        meditr@aol.com

**SCHEDULE OF MEDIATION (TIME AND PLACE):**

TIME:                     July 7, 2010  at 10:00 a.m.

PLACE:                  MORGAN & MORGAN
                              201 N. Franklin St. – 7th Floor
                              Tampa, Florida   33602

RESPECTFULLY SUBMITTED this 12th day of May, 2010.

_s/Percy Squire, Esq._____
PERCY SQUIRE (0022010)
PERCY SQUIRE CO., LLC
514 S. High Street
Columbus, Ohio 43215
Telephone: (614) 224-6525
Facsimile: (614) 224-6529
psquire@sp-lawfirm.com
Former counsel for Plaintiffs

Of Counsel:

Charles W. Cherry, II, Esq.
5200 SW 18th St.
Plantation, FL 33317
Facsimile:  (954) 583-9667

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the court's electronic filing or email May 12, 2010, upon the following:

David Hywel Leonard
Fentrice Driskell
CARLTON FIELDS, PA
P.O. Box 3239
Tampa, FL 33601
813-223-7000 Telephone
813-229-4133 Facsimile
hleonard@carltonfields.com
fdriskell@carltonfields.com


Dennis P. Waggoner
Hill Ward Henderson
3700 Bank of America Plaza
101 E. Kennedy Blvd.
Tampa, Florida 33602-5195
dwaggoner@hwhlaw.com


              _s/Percy Squire, Esq._____
              PERCY SQUIRE (0022010)

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.