UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, ET AL.,

        Plaintiffs,

v.        Case No. 8:09-cv-1530-T-33EAJ

FORTRESS INVESTMENT GROUP, LLC, ET AL.,

        Defendants.
_____/

### ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation Conference (Doc. # 37) filed on May 12, 2010, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**: Peter Grilli, Esq.
    **Address**: 3001 W. Azeele Street
              Tampa, Florida 33609

By agreement of the parties, the mediation conference is scheduled for **10:00 a.m. on July 7, 2010**, at the office of Morgan & Morgan 201 N. Franklin St., 7th Floor, Tampa, Florida 33602.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of May 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record
Mediator Peter Grilli, Esq.
3001 W. Azeele Street
Tampa, Florida 33609