UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GROUP ASSETS, LLC, et al., | |
| Plaintiffs, | |
| v. | Case No.: 8:09-cv-01530-VMC-EAJ |
| FORTRESS INVESTMENT GROUP LLC, et al., | |
| Defendants. | |

**DEFENDANT FORTRESS INVESTMENT GROUP LLC'S**
**SUPPLEMENT TO ITS MOTION TO STAY DISCOVERY**

Defendant Fortress Investment Group LLC, through its undersigned counsel, supplements its Motion to Stay Discovery (Doc. 39) to certify pursuant to Local Rule 3.01(g) that Fortress conferred with Plaintiffs' counsel regarding the motion and that Plaintiffs do not agree to the relief requested therein. Those discussions took place as part of the February 22, 2010, meeting of the parties and the resulting disagreement is reflected in the parties' joint Case Management Report (Doc. 34). Recent discussions following Plaintiffs' request to schedule the deposition of Fortress's corporate representative confirmed that the parties' respective positions remain the same. Thus, while Plaintiffs correctly state in their memorandum in opposition to Fortress's motion to stay discovery (Doc. 40) that Fortress unintentionally omitted from its motion a certification pursuant to Local Rule 3.01(g), Fortress and Plaintiffs did in fact confer regarding Fortress's motion and Plaintiffs do not agree to the relief requested.

Respectfully submitted,

/s/ Dennis P. Waggoner
Dennis P. Waggoner – Trial Counsel
Florida Bar No. 509426
dwaggoner@hwhlaw.com
David L. Luikart III
Florida Bar No. 21079
dluikart@hwhlaw.com
HILL WARD HENDERSON
101 E. Kennedy Boulevard, Suite 3700
P.O. Box 2231
Tampa, FL 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
*Attorneys for Fortress Investment Group*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David Hywel Leonard
Fentrice Driskell
Carlton Fields, P.A.
Counsel for RL Transition Corp. and
Rocklynn Radio, LLC

Charles W. Cherry II, Esq.
5200 SW 18 Street
Plantation, Florida 33317

Percy Squire, Esq.
514 S. High Street,
Columbus, Ohio 43215
Counsel for Plaintiffs

/s/ Dennis P. Waggoner