UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, DR. GLENN
W. CHERRY, and CHARLES CHERRY,
II, ESQ.,

    Plaintiffs,

vs.                                           Case No. 8:09-cv-01530-T-30EAJ

FORTRESS INVESTMENT GROUP,
RL TRANSITION CORPORATION,
ROCKLYNN RADIO, LLC,
D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P., and D.B. ZWIRN

    Defendants.
_____/

**ZWIRN DEFENDANTS' UNOPPOSED MOTION TO POSTPONE
MEDIATION CONFERENCE SCHEDULED FOR JULY 7, 2010, AND
<u>INCORPORATED MEMORANDUM OF LAW</u>**

**Introduction**

Defendants RL Transition Corp.; Rocklynn Radio, LLC; and D.B. Zwirn Special Opportunities Fund, L.P. (n/k/a Fortress Value Recovery Fund I, LLC) (the "VRF Fund") (collectively, the "Zwirn Defendants") file this unopposed motion for the entry of an order postponing the mediation conference in this matter scheduled for 10:00 a.m. on July 7, 2010. Plaintiffs and the VRF Fund participated in a mediation conference on May 27, 2010, in another lawsuit involving related matters that resulted in an impasse. The parties to this action are in agreement that a second mediation so close in temporal proximity to the prior mediation is unlikely to be useful at this time.

17083534.2

Additionally, on June 22, 2010, Magistrate Judge Elizabeth A. Jenkins entered a Report and Recommendation (Doc. 43) recommending the dismissal of Plaintiffs Amended Complaint in this action for lack of subject matter jurisdiction and Plaintiffs' failure to state a claim.  Hence, there is a possibility that Plaintiffs' Amended Complaint ultimately will be dismissed.  Accordingly, the Zwirn Defendants respectfully request that the Court enter an Order postponing mediation in this matter until after such time as the Court has an opportunity to rule on the Report and Recommendation.

**Background**

On May 12, 2010, Plaintiffs filed a Notice of Mediation (Doc. 37) that noticed the mediation in this matter for 10:00 a.m. on July 7, 2010, before mediator Peter Grilli.  On May 13, 2010, this Court entered an Order (Doc. 38) appointing Mr. Grilli as mediator and setting the mediation for the date and time identified in Plaintiffs' notice.

On May 27, 2010, the VRF Fund participated in a court-ordered mediation before Mr. Grilli in the action styled <u>Tama Broadcasting, Inc. vs. Group Assets, LLC; Glenn W. Cherry, and Charles W. Cherry, II</u>, Case No. 08-11492, in the Thirteenth Judicial Circuit of Florida, in and for Hillsborough County (the "State Court Action").  The VRF Fund is a third-party defendant in the State Court Action.  After participating in negotiations for approximately two hours, the parties to the State Court Action reached an impasse.

On June 22, 2010, Magistrate Judge Jenkins entered a Report and Recommendation (Doc. 43) recommending that this Court grant Fortress Investment Group, LLC ("Fortress") and the Zwirn Defendants' respective motions to strike and/or

- 3 -

dismiss Plaintiffs' Amended Complaint in this action for lack of subject matter jurisdiction and for Plaintiffs' failure to state a claim.

**Argument**

Postponing the mediation scheduled for July 7, 2010, would promote the efficient management of this case because parties agree that mediation would not be useful at this stage. "District courts enjoy broad discretion in deciding how to best manage the cases before them." Chudsama v. Mazda Motor Corp., 123 F3d 1353, 1366 (11th Cir. 1997). Here, an Order postponing the mediation would conserve judicial resources, time on Mr. Grilli's calendar, and fees and costs that would be expended by the parties on a potentially unfruitful mediation.

Moreover, the Court's Order referring this case to mediation (Doc. 36) gives the parties until December 1, 2010, to mediate. Hence, there are no immediate deadlines relating to mediation that would be affected adversely by the relief sought in this motion.

Furthermore, no party will suffer any prejudice as a result of the relief sought in this motion because the motion is unopposed. Postponing the mediation until after the Court has ruled on the Report and Recommendation will provide the parties with a meaningful opportunity to mediate the case as it actually will proceed, rather than as it currently exists with dispositive motions pending. Accordingly, in the interests of efficiency and conservation of resources, the Zwirn Defendants respectfully request that the Court enter an Order postponing the mediation.

**Conclusion**

WHEREFORE, the Zwirn Defendants respectfully request that the Court enter an Order postponing the mediation conference scheduled for July 7, 2010, until after such time as the Court rules on Magistrate Judge Jenkins's Report and Recommendation recommending the dismissal of Plaintiffs' Amended Complaint.

**CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel for the Zwirn Defendants certifies that Plaintiffs' counsel and counsel for Fortress have been consulted, and that neither Plaintiffs nor Fortress oppose the relief sought in this motion.

> Respectfully submitted,
>
> /s/ Fentrice D. Driskell
> David Hywel Leonard – FBN 0296376
> Fentrice D. Driskell – FBN 0833851
> Matthew A. Leish – FBN 0054041
> CARLTON FIELDS, P.A.
> P.O. Box 3239
> Tampa, FL 33601-3239
> Telephone: (813) 223-7000
> Facsimile: (813) 229-4133
> hleonard@carltonfields.com
> fdriskell@carltonfields.com
> mleish@carltonfields.com
> Attorneys for the Zwirn Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that that a true and correct copy of the foregoing was filed with the Clerk of this Court on June 30, 2010, using the CM/ECF system, which will serve a notice of filing upon the filing users.

> /s/ Fentrice D. Driskell
> Attorney