UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, et al.,

    Plaintiffs,

v.

FORTRESS INVESTMENT
GROUP LLC, et al.,

    Defendants.

Case No.: 8:09-cv-01530-VMC-EAJ

**DEFENDANT FORTRESS INVESTMENT GROUP LLC'S
SECOND SUPPLEMENT TO ITS MOTION TO STAY DISCOVERY**

Defendant Fortress Investment Group LLC, through its undersigned counsel, further supplements its Motion to Stay Discovery (Doc. 39) to update the Motion to include written discovery recently served by Plaintiffs.[1]

On June 2, 2010, Fortress filed a motion asking this Court to stay discovery until after the Court ruled on Fortress's case-dispositive motion to dismiss. (Doc. 39). On June 22, 2010, Magistrate Judge Jenkins filed a report recommending that Fortress's (and the other Defendants') motion to dismiss be granted and that Plaintiffs' Amended Complaint be dismissed in its entirety. (Doc. 43.) Later that day, Plaintiffs served Fortress with Plaintiffs' First Request for Production of Documents. On July 6, 2010 and July 8, 2010, Plaintiffs filed objections to Magistrate Jenkins' report and recommendation. (Docs. 46 & 47.) Fortress's response to Plaintiffs' objections is forthcoming.

---

[1] Fortress initially supplemented its Motion on June 7, 2010, to include an inadvertently-omitted Rule 3.01(g) certification. (Doc. 33.)

Fortress's Motion to Stay Discovery requests that discovery be stayed, generally, but it does not specifically discuss Plaintiff's recently-served request for production. Therefore, out of an abundance of caution, Fortress hereby supplements it Motion to request that Fortress's obligation to respond to Plaintiffs' June 22, 2010 request for production (and any subsequently-served written discovery) be stayed until after this Court rules on Magistrate Jenkins' report and recommendation and the parties' responses thereto.

### Rule 3.01(g) Certification

The undersigned hereby certifies that on July 8, 2010, I conferred with Percy Squire, counsel for the Plaintiffs, and that Mr. Squire advised that Plaintiffs do not agree to the relief requested in this supplement.

Respectfully submitted,

/s/ David L. Luikart III
Dennis P. Waggoner – Trial Counsel
Florida Bar No. 509426
dwaggoner@hwhlaw.com
David L. Luikart III
Florida Bar No. 21079
dluikart@hwhlaw.com
HILL WARD HENDERSON
101 E. Kennedy Boulevard, Suite 3700
P.O. Box 2231
Tampa, FL 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
*Attorneys for Fortress Investment Group*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| David Hywel Leonard<br>Fentrice Driskell<br>Carlton Fields, P.A.<br>Counsel for RL Transition Corp. and Rocklynn Radio, LLC | Charles W. Cherry II, Esq.<br>5200 SW 18 Street<br>Plantation, Florida  33317<br><br>Percy Squire, Esq.<br>514 S. High Street,<br>Columbus, Ohio 43215<br>Counsel for Plaintiffs |

                                          /s/ David L. Luikart III