UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, et al.,

      Plaintiffs,

v.

FORTRESS INVESTMENT
GROUP LLC, et al.,

      Defendants.

Case No.:  8:09-cv-01530-VMC-EAJ

## DEFENDANT FORTRESS INVESTMENT GROUP LLC'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO MAGISTRATE JENKINS' JUNE 22, 2010 REPORT AND RECOMMENDATION

Defendant Fortress Investment Group LLC, through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 72(b)(2), hereby responds to Plaintiffs' objections to Magistrate Jenkins' June 10, 2010 Report and Recommendation (Docs. 46 & 47).  Plaintiffs' objections simply restate their arguments in opposition to Fortress's motion to dismiss.  Fortress stands on the arguments in its motion, agrees with the findings in Magistrate Jenkins' report and her recommendation that the motion be granted (Doc. 43), and asks this Court to enter an order adopting those findings and dismissing Plaintiffs' Amended Complaint.

Respectfully submitted,

/s/ David L. Luikart III
Dennis P. Waggoner – Trial Counsel
Florida Bar No. 509426
dwaggoner@hwhlaw.com
David L. Luikart III
Florida Bar No. 21079
dluikart@hwhlaw.com
HILL WARD HENDERSON
101 E. Kennedy Boulevard, Suite 3700
P.O. Box 2231
Tampa, FL 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
*Attorneys for Fortress Investment Group*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David Hywel Leonard
Fentrice Driskell
Carlton Fields, P.A.
Counsel for RL Transition Corp. and
Rocklynn Radio, LLC

Charles W. Cherry II, Esq.
5200 SW 18 Street
Plantation, Florida 33317


Percy Squire, Esq.
514 S. High Street,
Columbus, Ohio 43215
Counsel for Plaintiffs


/s/ David L. Luikart III