UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, DR. GLENN
W. CHERRY, and CHARLES CHERRY,
II, ESQ.,

    Plaintiffs,

vs.                                                         Case No. 8:09-cv-01530-T-30EAJ

FORTRESS INVESTMENT GROUP,
RL TRANSITION CORPORATION,
ROCKLYNN RADIO, LLC,
D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P., and D.B. ZWIRN,

    Defendants.
_____/

**ZWIRN DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION**

Defendants RL Transition Corp.; Rocklynn Radio, LLC; and D.B. Zwirn Special Opportunities Fund, L.P. (n/k/a Fortress Value Recovery Fund I LLC) (collectively, the "Zwirn Defendants"), by and through undersigned counsel, move this Court pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for an enlargement of time to respond to Plaintiffs' Request for Production, to and including thirty (30) days after the Court decides the Zwirn Defendants' Motion to Stay Discovery and for Protective Order Pending Adjudication of Motions to Strike or Dismiss, previously filed on June 14, 2010. See Doc. 42. The basis for the instant motion is set forth in the following Memorandum of Law.

17153830.1

## MEMORANDUM OF LAW

On June 22, 2010, Magistrate Judge Elizabeth A. Jenkins issued a Report and Recommendation (Doc. 43) recommending that this Court grant the motions to dismiss and strike filed by the Zwirn Defendants (Doc. 30) and Fortress Investment Group, LLC (Doc. 29), and dismiss Plaintiffs' First Amended Complaint.  That same day, Plaintiffs served a Request for Production of Documents on the Zwirn Defendants.  Pursuant to Federal Rule of Civil Procedure 34, the time for the Zwirn Defendants to respond to the Request for Production expires on July 22, 2010.

The Zwirn Defendants' pending motion to stay and for protective order requests that the Court stay the commencement of discovery until such time as the Court has an opportunity to adjudicate Defendants' pending dispositive motions.  The Zwirn Defendants request an additional 30 days from the date of the Court's ruling on the motion for stay of discovery and for protective order to serve their response to Plaintiff's Request for Production.  Such an extension of time would help the parties avoid the unnecessary burden and expense of discovery in the event this Court adopts Magistrate Judge Jenkins's Report and Recommendation and dismisses Plaintiffs' First Amended Complaint.

The instant motion is addressed to the Court's sound discretion and is not filed for purposes of delay.  See Fed. R. Civ. P. 6(b)(1)(A).  "An application for an enlargement of time under Rule 6(b)(1) will normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party."  4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure, § 1165, at 552 (3d ed. 2002).  Neither bad faith nor prejudice exists here.  Further, the interests of justice and judicial economy weigh in favor of granting this motion, especially in light of Magistrate Judge Jenkins's Report and Recommendation.

WHEREFORE, the Zwirn Defendants respectfully request that the Court enter an Order granting their motion for an enlargement of time to respond to Plaintiff's Request for Production to and including 30 days after the Court decides the Zwirn Defendants' Motion to Stay Discovery and for Protective Order Pending Adjudication of Motions to Strike or Dismiss.

## CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel for the Zwirn Defendants certifies that counsel for Plaintiffs has been consulted and that counsel for Plaintiffs does not agree to the relief sought in this motion.

Respectfully submitted,

/s/  Fentrice D. Driskell
David Hywel Leonard
Florida Bar No. 0296376
Fentrice D. Driskell
Florida Bar No. 0833851
Matthew A. Leish
Florida Bar No. 0054041
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
hleonard@carltonfields.com
fdriskell@carltonfields.com
mleish@carltonfields.com
Attorneys for the Zwirn Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that that a true and correct copy of the foregoing was filed with the Clerk of this Court on July 19, 2010 using the CM/ECF system, which will serve a notice of filing upon the filing users.

/s/ Fentrice D. Driskell
Attorney