UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, DR. GLENN
W. CHERRY, and CHARLES CHERRY,
II, ESQ.,

    Plaintiffs,

vs.                                    Case No. 8:09-cv-01530-T-30EAJ

FORTRESS INVESTMENT GROUP,
RL TRANSITION CORPORATION,
ROCKLYNN RADIO, LLC,
D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P., and D.B. ZWIRN

    Defendants.
_____/

## ZWIRN DEFENDANTS' SUPPLEMENT TO MOTION TO STAY DISCOVERY AND FOR PROTECTIVE ORDER PENDING ADJUDICATION OF MOTIONS TO STRIKE OR DISMISS

Defendants RL Transition Corp.; Rocklynn Radio, LLC; and D.B. Zwirn Special Opportunities Fund, L.P. (n/k/a Fortress Value Recovery Fund I LLC) (collectively, the "Zwirn Defendants"), by and through undersigned counsel, hereby supplement their Motion to Stay Discovery and for Protective Order Pending Adjudication of Motions to Strike or Dismiss (the "Motion"), previously filed on June 14, 2010.  See Doc. 42.

The Zwirn Defendants respectfully bring to the Court's attention two events that occurred since the Zwirn Defendants initially moved for a stay and protective order.

First, on June 22, 2010, Plaintiffs served a Request for Production of Documents on the Zwirn Defendants.  Unlike Plaintiffs' request for deposition dates discussed in the Motion,

17151641.2

Plaintiffs' Request for Production of Documents obligates the Zwirn Defendants to respond within 30 days pursuant to Federal Rule of Civil Procedure 34.

Second, on June 22, 2010, Magistrate Judge Elizabeth A. Jenkins issued a Report and Recommendation (Doc. 43) recommending that this Court grant the motions to dismiss and strike filed by the Zwirn Defendants (Doc. 30) and Fortress Investment Group, LLC (Doc. 29).

The Zwirn Defendants response to Plaintiffs' Request for Production is currently due on or before July 22, 2010. But, Magistrate Judge Jenkins's Report and Recommendation supports Defendants' contentions that the Amended Complaint fails to state any claim for relief, which in turn support Defendants' assertions that it would be in the interests of cost-conservation and judicial economy to stay the commencement of discovery pending adjudication of the dispositive motions. Therefore, the Zwirn Defendants respectfully supplement their request that the Court enter a protective order staying discovery until such time as the Court has an opportunity to rule on the Report and Recommendation and adjudicate the fully-briefed motions to dismiss and strike Plaintiffs' Amended Complaint.

Respectfully submitted,

/s/  Fentrice D. Driskell
David Hywel Leonard
Florida Bar No. 0296376
Fentrice D. Driskell
Florida Bar No. 0833851
Matthew A. Leish
Florida Bar No. 0054041
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
hleonard@carltonfields.com
fdriskell@carltonfields.com
mleish@carltonfields.com

>Attorneys for Defendants RL Transition Corp.;
>Rocklynn Radio, LLC; and Fortress Value
>Recovery Fund I LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that that a true and correct copy of the foregoing was filed with the Clerk of this Court on July 19, 2010 using the CM/ECF system, which will serve a notice of filing upon the filing users.

>/s/ Fentrice D. Driskell
>Attorney