UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GROUP ASSETS, LLC, DR. GLENN
W. CHERRY, and CHARLES CHERRY,
II, ESQ.,

    Plaintiffs,

vs.                                          Case No. 8:09-cv-01530-T-30EAJ

FORTRESS INVESTMENT GROUP,
RL TRANSITION CORPORATION,
ROCKLYNN RADIO, LLC,
D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P., and D.B. ZWIRN,

    Defendants.
_____/

**ZWIRN DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' OBJECTIONS TO REPORT AND RECOMMENDATION**

      Defendants RL Transition Corp.; Rocklynn Radio, LLC; and D.B. Zwirn Special Opportunities Fund, L.P. (n/k/a Fortress Value Recovery Fund I LLC) (collectively, the "Zwirn Defendants"), by and through undersigned counsel, move this Court pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for an enlargement of time to respond to Plaintiffs' Objections to Magistrate Judge Elizabeth A. Jenkins' Report and Recommendation, to and including July 23, 2010. The basis for the instant motion is set forth in the following Memorandum of Law.

**MEMORANDUM OF LAW**

      On June 22, 2010, Magistrate Judge Jenkins issued a Report and Recommendation (Doc. 43) recommending that this Court grant the Zwirn Defendants and Fortress Investment Group's respective motions to dismiss and to strike Plaintiffs' First Amended Complaint. On

July 6, 2010, Plaintiffs filed their objections to the Report and Recommendation.[1] See Doc. 46. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the time for the Zwirn Defendants to file their responses to Plaintiffs' objections expires on July 20, 2010.

The Zwirn Defendants' require a brief amount of additional time to adequately respond to the issues raised by Plaintiffs in their objections to the Report and Recommendation. The instant motion is addressed to the Court's sound discretion and is not filed for purposes of delay. See Fed. R. Civ. P. 6(b)(1)(A). "An application for an enlargement of time under Rule 6(b)(1) will normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure, § 1165, at 552 (3d ed. 2002). Neither bad faith nor prejudice exists here. Further, the interests of justice and judicial economy weigh in favor of granting this motion, especially because Plaintiff does not oppose the relief sought herein.

WHEREFORE, the Zwirn Defendants respectfully request that the Court enter an Order granting their motion for an enlargement of time to respond to Plaintiffs' objections to the Report and Recommendation, to and including July 23, 2010.

## CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel for the Zwirn Defendants certifies that counsel for Plaintiffs has been consulted, and that counsel for Plaintiffs does not oppose the relief sought in this motion.

---

[1] A second copy of Plaintiffs' objections to the Report and Recommendation was filed on July 8, 2010, and appears on the docket as Doc. 47.

Respectfully submitted,

/s/  Fentrice D. Driskell
David Hywel Leonard
Florida Bar No. 0296376
Fentrice D. Driskell
Florida Bar No. 0833851
Matthew A. Leish
Florida Bar No. 0054041
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
hleonard@carltonfields.com
fdriskell@carltonfields.com
mleish@carltonfields.com
Attorneys for the Zwirn Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that that a true and correct copy of the foregoing was filed with the Clerk of this Court on July 20, 2010 using the CM/ECF system, which will serve a notice of filing upon the filing users.

/s/ Fentrice D. Driskell
Attorney