UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| **GROUP ASSETS, LLC, et al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 8:09-CV-1530 |
| | : | |
| vs. | : | Judge Covington |
| | : | |
| **FORTRESS INVESTMENT** | : | Magistrate Judge Jenkins |
| **GROUP LLC, et al.** | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEAL**

The undersigned counsel for Plaintiffs in this action hereby appeals the July 26, 2010 final Order in this action, docket no.55.

        _s/Percy Squire, Esq._
PERCY SQUIRE (0022010)
PERCY SQUIRE CO., LLC
514 S. High Street
Columbus, Ohio 43215
Telephone: (614) 224-6525
Facsimile: (614) 224-6529
psquire@sp-lawfirm.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the parties on the attached service list by U.S. Postal Service on July 26, 2010:

David Hywel Leonard
Fentrice Driskell
CARLTON FIELDS, PA
P.O. Box 3239
Tampa, FL 33601
hleonard@carltonfields.com
fdriskell@carltonfields.com

Dennis P. Waggoner
Hill Ward Henderson
3700 Bank of America Plaza
101 E. Kennedy Blvd.
Tampa, Florida 33602-5195
**dwaggoner@hwhlaw.com**

Michael C. Addision, Esq.
PO Box 172535
Tampa, FL 33672
m@mcalaw.net

J. Carter Anderson, Esq.
Bush Ross
PO Box 8013
Tampa, FL 33610-3913
canderson@bushross.com

                                           _s/Percy Squire, Esq._
                                           PERCY SQUIRE (0022010)

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.