FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Office of the Clerk
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 336023800
(813) 301-5400
www.flmd.uscourts.gov

10 OCT 21 AM 9: 00

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Sheryl L. Loesch
Clerk

Alycia Marshall
Operations Manager
Matt Kirsch
Court Services Supervisor

October 21, 2010

GROUP ASSETS, LLC; GLENN W. CHERRY; AND
CHARLES W. CHERRY, II,

      **Plaintiffs,**

-vs-

Case No. 8:09-cv-1530-T-30MAP

FORTRESS INVESTMENT GROUP; FORTRESS VALUE RECOVERY FUNDS I; RL TRANSITION CORPORATION; ROCKLYNN RADIO, LLC; GROWTH PARTNERS, L.P.; D.B. ZWIRN SPECIAL OPPORTUNITIES FUNDS, L.P.; AND D.B. ZWIRN.,

      **Defendants.**

_____/

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

**U.S.C.A. Case Number:** 10-13496-AA

Pursuant to Federal Rules of Appellate Procedure 11©), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

    Complete Record on Appeal:

- 1    Volume of Pleadings
- 1    folder of documentary exhibits

SHERYL L. LOESCH, CLERK

By: D. Greco, Deputy Clerk