# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 19, 2012

Sheryl L. Loesch
United States District Court
801 N FLORIDA AVE RM 200
TAMPA, FL 33602-3849

Appeal Number: 10-13496-EE
Case Style: Group Assets, et al v. Fortress Investment, et al
District Court Docket No: 8:09-cv-01530-VMC-EAJ

The referenced appeal was dismissed on 10/31/2011.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

REINST-1 Appeal Reinstated

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 10-13496-EE

GROUP ASSETS, LLC,
GLENN W. CHERRY, Dr.,
CHARLES W. CHERRY, II, Esq.,

Plaintiffs - Appellants,

versus

FORTRESS INVESTMENT GROUP,
FORTRESS VALUE RECOVERY FUNDS I,
ET AL.,

Defendants - Appellees.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: BARKETT, WILSON and PRYOR, Circuit Judges.

BY THE COURT:

Appellants' "Motion to Reinstate Appeal" is GRANTED.

Appellees' "Suggestion of Mootness...," which is construed as a motion to dismiss this appeal as moot, is GRANTED. In light of this Court's July 13, 2011, decision in Case NO. 10-10761, Appellees lack standing to pursue their fraudulent transfer claim. Therefore, insofar as Appellees lack a legally cognizable interest in the outcome of the pending appeal, this appeal is moot. See Powell v. McCormack, 395 U.S. 486, 496, 89 S.Ct. 1944, 1951 (1969).