IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-13496-EE

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 0 9 2012
JOHN LEY
CLERK

GROUP ASSETS, LLC,
GLENN W. CHERRY, Dr.,
CHARLES W. CHERRY, II, Esq.,

Plaintiffs - Appellants,

versus

FORTRESS INVESTMENT GROUP,
FORTRESS VALUE RECOVERY FUNDS I,
ET AL.,

Defendants - Appellees.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: BARKETT, WILSON and PRYOR, Circuit Judges.

BY THE COURT:

Appellants' motions requesting leave to file a petition for rehearing, construed as a motion for reconsideration of this Court's January 19, 2012, order, is GRANTED IN PART as to this Court's correction of the scrivener's error contained in said order. The Clerk is directed to issue a corrected order in order to substitute the corrected statement "Appellants lack standing to pursue their fraudulent transfer claim. Therefore, insofar as Appellants lack a legally cognizable interest in the outcome of the pending appeal, this appeal is moot."

Appellants' motions requesting leave to file a petition for rehearing, construed as a motion for reconsideration of this Court's January 19, 2012, order dismissing this appeal, is DENIED.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 09, 2012

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 10-13496-EE
Case Style: Group Assets, et al v. Fortress Investment, et al
District Court Docket No: 8:09-cv-01530-VMC-EAJ

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE/ej
Phone #: (404) 335-6224

MOT-2 Notice of Court Action

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 09, 2012

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 10-13496-EE
Case Style: Group Assets, et al v. Fortress Investment, et al
District Court Docket No: 8:09-cv-01530-VMC-EAJ

The following action has been taken in the referenced case:

The enclosed CORRECTED order of January 19, 2012 and the order as of this date has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE/ej
Phone #: (404) 335-6224

MOT-2 Notice of Court Action